377 A.2d 177

Commonwealth v. Logan, Appellant.

Submitted December 10, 1976. Thomas G. Gavin, for appellant; William H. Lamb, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed, and the defendant is directed to appear in the court below when called, in order to be committed by that court to serve any portion of the sentence which had not been completed at the time the appeal was made a supersedeas.